Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: 702-471-6777
Facsimile: 702-531-6777
gmiles@royalmileslaw.com
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson; Leon W. Lipson, in his capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Personal Representative of the Estate of David E. Lipson; Nadine Lipson, individually,<br><br>Defendants. | Case No:  2:23-cv-00127-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiff, United States of America, by and through their undersigned counsel, and Defendants Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson; Leon W. Lipson, in his capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Personal Representative of the Estate of David E. Lipson; Nadine Lipson, individually (collectively referred to as "Defendants"), by and through their undersigned counsel, hereby stipulate to extend the deadline for Defendants to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1) to April 10, 2023.

This is the parties' first request to extend this deadline as the Defendant's counsel requires additional time to review the claims and investigate the underlying facts.  The undersigned hereby certify that this request is not made for the purpose of delay.

DATED this   24th   day of March, 2023,          DATED this   24th   day of March, 2023,

US DEPARTMENT OF JUSTICE                      ROYAL & MILES LLP

  _/s/ Isaac M. Hoenig_____            __/s/ Gregory A. Miles_____
Isaac M. Hoenig, Esq.                          Gregory A. Miles, Esq.
Trial Attorney, Tax Division                   Nevada Bar No. 4336
US Department of Justice                       1522 W Warm Springs Road
PO Box 683, Ben Franklin Station               Henderson, NV 89014
Washington, DC 20044                           *Attorneys for Defendants*
*Attorneys for Plaintiff*


**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 27, 2023

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this  24th  day of March, 2023, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO ANSWER COMPLAINT (First Request)** by electronically filing said document with the Clerk of the Court by using CM/ECF service, which provides copies of said court filing to all counsel of record registered to receive CM/ECF notification:

David A. Hubbert
Deputy Assistant Attorney General

Isaac M. Hoenig, Esq.
Trial Attorney, Tax Division
US Department of Justice
PO Box 683, Ben Franklin Station
Washington, DC 20044
*Attorneys for Plaintiff*

_Ashley Schmitt_____
An employee of ROYAL & MILES LLP

3