DAVID A. HUBBERT
Deputy Assistant Attorney General

ISAAC M. HOENIG
Trial Attorney, Tax Division
U. S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Telephone:     (202) 307-5963
Fax:                 (202) 307-0054
E-mail: Isaac.M.Hoenig@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson;<br>Leon W. Lipson, in his capacity as a Trustee of the Jean Lipson Trust;<br>Nadine Lipson, in her capacity as a Trustee of the Jean Lipson Trust;<br>Nadine Lipson, in her capacity as Personal Representative of the Estate of David E. Lipson;<br>Nadine Lipson, individually,<br><br>        Defendants. | Case No. 2:23-cv-00127-JCM-DJA<br><br>**STIPULATION TO SUBSTITUTE ATTORNEYS FOR THE UNITED STATES** |

    Pursuant to LR IA 11-6(c), the United States submits the following stipulation to substitute Benton Morton as counsel for the United States in place of Isaac M. Hoenig. Mr. Hoenig has left the employment of the U.S. Department of Justice as of June 16, 2023. Benton Morton, an attorney with the U.S. Department of Justice, Tax Division, has entered his appearance and will continue to serve as counsel for the United States in this matter going forward.

1

Dated: August 23, 2023

                                              Respectfully submitted,

                                              DAVID A. HUBBERT
                                              Deputy Assistant Attorney General

                                              */s/ Isaac M. Hoenig (with permission)*
                                              ISAAC M. HOENIG
                                              Trial Attorney, Tax Division
                                              P.O. Box 683, Ben Franklin Station
                                              Washington, D.C. 20044
                                              Telephone:     (202) 307-5963
                                              E-mail: Isaac.M.Hoenig@usdoj.gov
                                              *Attorney for the United States of America*

                                              */s/*
                                              Benton Morton
                                              Trial Attorney, Tax Division
                                              P.O. Box 683, Ben Franklin Station
                                              Washington, D.C. 20044
                                              Telephone:     (202) 616-3342
                                              E-mail: Benton.T.Morton@usdoj.gov
                                              *Attorney for the United States of America*

The Court notes that attorney Benton Morton did not sign the stipulation and has not yet entered his appearance in this matter, despite his representation that he has done so.  Nonetheless, because the stipulation seeks to substitute Mr. Morton, who is an attorney in the Tax Division of the Department of Justice, in the place of Isaac Hoenig, who has left the Tax Division of the Department of Justice, the Court will grant the stipulation despite these deficiencies.

IT IS THEREFORE ORDERED that the stipulation to substitute (ECF No. 15) is GRANTED.

                                              _____
                                              DANIEL J. ALBREGTS
                                              UNITED STATES MAGISTRATE JUDGE

                                              DATED: August 29, 2023

**CERTIFICATE OF SERVICE**

I certify that on August 23, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all parties who have appeared in this case and are authorized to receive electronic notice of filings.

*/s/ Benton Morton*
BENTON MORTON
Trial Attorney, Tax Division
U.S. Department of Justice