Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: 702-471-6777
Facsimile: 702-531-6777
gmiles@royalmileslaw.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| United States of America., | |
|---|---|
| Plaintiff, | Case No: 2:23-cv-00127-JCM-DJA |
| vs. | |
| Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson; Leon W. Lipson, in his capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Personal Representative of the Estate of David E. Lipson; Nadine Lipson, individually, | **STIPULATION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (First Request)** |
| Defendants. | |

Pursuant to LR IA 6-1, Plaintiff the United States of America and Defendants Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson and in his capacity as a Trustee of the Jean Lipson Trust, and Nadine Lipson, individually and in her capacity as Personal Representative of the Estate of David E. Lipson (collectively, the "Parties"), stipulate and move the Court to extend by one week the deadline for Defendants to respond to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, which was filed on May 15, 2024.

1


This is the Defendants first request for an extension of deadlines with respect to this summary judgment motion, and it is made before the expiration of the deadline the Parties seek to extend: the deadline for the Defendants to file a reply to opposition to the Defendants' Motion for Summary Judgment. Under LR 7-2, the current deadline for Defendants' reply to opposition is May 29, 2024.

Defendants do not seek this extension to hinder or delay this action. Rather it seeks the extension in good faith, as Defendants require additional time to review legal authority cited by Plaintiff in its opposition regarding statute of limitation issue presented in Defendants' Motion for Summary Judgment. An additional week will allow Defendants prepare a more complete and appropriate response.

For the above reasons, and for good cause shown, the Parties therefore seek that the current deadline be extended by one week to June 5, 2024.

Respectfully submitted this 29th day of May, 2024,

| | |
|---|---|
| David A. Hubbert<br>Deputy Assistant Attorney General | ROYAL & MILES LLP |
| /s/ Timothy J. Huether | /s/ Gregory A. Miles |
| Timothy J. Huether, Esq.<br>Trial Attorney, Tax Division<br>US Department of Justice<br>PO Box 227<br>Washington, DC 20044<br>*Attorneys for Plaintiff* | Gregory A. Miles, Esq.<br>Nevada Bar No. 4336<br>1522 W Warm Springs Road<br>Henderson, NV 89014<br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
United States District Judge

Dated: May 29, 2024