Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: 702-471-6777
Facsimile: 702-531-6777
gmiles@royalmileslaw.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America.,<br><br>Plaintiff,<br><br>vs.<br><br>Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson; Leon W. Lipson, in his capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Personal Representative of the Estate of David E. Lipson; Nadine Lipson, individually,<br><br>Defendants. | Case No: 2:23-cv-00127-JCM-DJA<br><br>**STIPULATION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (Second Request)** |

Pursuant to LR IA 6-1, Plaintiff the United States of America and Defendants Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson and in his capacity as a Trustee of the Jean Lipson Trust, and Nadine Lipson, individually and in her capacity as Personal Representative of the Estate of David E. Lipson (collectively, the "Parties"), stipulate and move the Court to extend by one week the deadline for Defendants to respond to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, which was filed on May 15, 2024.

1

This is Defendants' second request for an extension of deadline with respect to the pending summary judgment motion, and it is made before the expiration of the deadline. The Parties seek to extend the deadline for the Defendants to file a reply to opposition to the Defendants' Motion for Summary Judgment. The current deadline for Defendants' reply to the opposition is June 5, 2024, based upon a prior Stipulation and Order [ECF 29].

Defendants do not seek this extension to hinder or delay this action. Rather, Defendants seek the extension in good faith. Defendants' counsel has been dealing with an illness since prior to the last extension, and requires additional time to review legal authority cited by Plaintiff in its opposition regarding statute of limitation issue presented in Defendants' Motion for Summary Judgment. One additional week is necessary to allow Defendants prepare a more complete and appropriate response.

For the above reasons, and for good cause shown, the Parties therefore seek that the current deadline be extended by one week to June 12, 2024.

Respectfully submitted this 5th day of June, 2024,

| | |
|---|---|
| David A. Hubbert<br>Deputy Assistant Attorney General | ROYAL & MILES LLP |
| /s/ Timothy J. Huether<br>_____<br>Timothy J. Huether, Esq.<br>Trial Attorney, Tax Division<br>US Department of Justice<br>PO Box 227<br>Washington, DC 20044<br>*Attorneys for Plaintiff* | /s/ Gregory A. Miles<br>_____<br>Gregory A. Miles, Esq.<br>Nevada Bar No. 4336<br>1522 W Warm Springs Road<br>Henderson, NV 89014<br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
United States District Judge

Dated: June 5, 2024

2