DAVID A. HUBBERT
Deputy Assistant Attorney General

Timothy J. Huether
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: (202) 307-2124
Fax:     (202) 307-0054
Email:  Timothy.Huether@usdoj.gov
            Western.Taxcivil@usdoj.gov

*Attorney for the United States of America*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson;<br>Leon W. Lipson, in his capacity as a Trustee of the Jean Lipson Trust;<br>Nadine Lipson, in her capacity as a Trustee of the Jean Lipson Trust;<br>Nadine Lipson, in her capacity as Personal Representative of the Estate of David E. Lipson;<br>Nadine Lipson, individually,<br><br>　　　　Defendants. | Case No. 2:23-cv-00127-JCM-DJA<br><br>**STIPULATION TO EXTEND DISPOSITIVE MOTION DEADLINE (Second Request)** |

　　　　Pursuant to LR IA 6-1 and LR 26-3, Plaintiff the United States of America and Defendants Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson and in his capacity as a Trustee of the Jean Lipson Trust, and Nadine Lipson, individually

SECOND STIPULATION TO EXTEND
DISPOSITIVE MOTION DEADLINE

1

1  and in her capacity as Personal Representative of the Estate of David E. Lipson (collectively, the
2  "Parties"), stipulate and move the Court to extend the dispositive motion deadline by two weeks.
3      This is the Parties' second request for an extension of the dispositive motion deadline.  It
4  comes less than 21 days before the expiration of the subject deadline.
5      Good cause exists to grant this extension because the Parties recently conducted
6  depositions of Leon Lipson and Nadine Lipson on September 25, and the Parties would benefit
7  from additional time to review those deposition transcripts and incorporate them into any
8  dispositive motions they may file.  Leon Lipson and Nadine Lipson and their Counsel were not
9  available for the depositions until September 25, despite the Parties' diligent efforts to schedule
10 those depositions earlier.
11     For the above reasons, and for good cause shown, the Parties therefore seek that the
12 current dispositive motion deadline, as set forth in the Court's scheduling order, Dkt. 13, order
13 granting the first stipulation to extend discovery deadlines, Dkt. 19, order granting the second
14 stipulation to extend discovery deadlines, Dkt. 34, and order granting the first stipulation to
15 extend dispositive motion deadlines, Dkt. 39, be extended by two weeks and modified as
16 reflected in the table below.
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24
SECOND STIPULATION TO EXTEND
DISPOSITIVE MOTION DEADLINE
25

2

| Deadline | Previous | Modified |
|---|---|---|
| Dispositive Motion Deadline | November 1, 2024 | November 15, 2024 |

Respectfully submitted this 31st day of October, 2024,

| | |
|---|---|
| **U.S. DEPT. OF JUSTICE, TAX DIVISION** | **ROYAL & MILES LLP** |
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General | |
| */s/ Timothy J. Huether*<br>Timothy J. Huether<br>Trial Attorneys, Tax Division<br>P.O. Box 683, Ben Franklin Station<br>Washington, D.C. 20044 | */s/ Gregory A. Miles*<br>Gregory A. Miles, Esq.<br>1522 W. Warm Springs Road<br>Henderson, NV 89014 |
| | *Attorney for Defendants* |
| *Attorney for the United States of America* | |

IT IS SO ORDERED:

_____
Hon. Daniel J. Albregts
United States Magistrate Judge

Dated: \_\_November 1_____, 2024

SECOND STIPULATION TO EXTEND
DISPOSITIVE MOTION DEADLINE

**CERTIFICATE OF SERVICE**

I certify that on October 31, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all parties who have appeared in this case and are authorized to receive electronic notice of filings.

/s/ Timothy J. Huether
TIMOTHY J. HUETHER
Trial Attorney, Tax Division
U.S. Department of Justice