Gregory A. Miles, Esq.
Nevada Bar No. 4336
**ROYAL & MILES LLP**
1522 W Warm Springs Road
Henderson, NV 89014
Telephone: 702-471-6777
Facsimile: 702-531-6777
gmiles@royalmileslaw.com
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| United States of America., <br><br> Plaintiff, <br><br> vs. <br><br> Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson; Leon W. Lipson, in his capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Personal Representative of the Estate of David E. Lipson; Nadine Lipson, individually, <br><br> Defendants. | Case No: 2:23-cv-00127-JCM-DJA <br><br> **STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO UNITED STATES' MOTION FOR SUMMARY JUDGMENT (First Request)** |

Pursuant to LR IA 6-1, Plaintiff the United States of America and Defendants Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson and in his capacity as a Trustee of the Jean Lipson Trust, and Nadine Lipson, individually and in her capacity as Personal Representative of the Estate of David E. Lipson (collectively, the "Parties"), stipulate and move the Court to extend by one week the deadline for Defendants to file a response to Plaintiff's Motion for Summary Judgment [ECF No. 44] from December 6, 2024 to December 13, 2024. Additionally, the parties stipulate to extending the filing deadline for Plaintiff's reply in support of Plaintiff's Motion for Summary Judgment to January 7, 2025.

1

This is the Defendants' first request for an extension of deadlines with respect to Plaintiff's summary judgment motion, and it is made before the expiration of the deadline. Under LR 7-2(b), the current deadline for Defendants' response is December 6, 2024. The parties stipulate to extending the deadline by one week, to December 13, 2024.

The Parties further request an extension of Plaintiff's reply deadline. Under LR 7-2(b), Plaintiff's reply deadline is determined by the service of a response and is due 14 days after service of a response. However, given intervening holidays between the requested response deadline of December 13, 2024 and potential reply deadline of December 27, 2024 if a response is served on December 13, 2024, the parties further request an extension on Plaintiff's deadline to file a reply to January 7, 2025.

The Parties do not seek the requested extensions to hinder or delay this action. Rather, the extensions are sought in good faith and take into account the intervening holidays in November and December, as well as the long-planned family vacations of the undersigned counsels in December. The requested extensions will allow the parties to prepare a more complete and appropriate response and reply.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For the above reasons, and for good cause shown, the Parties request that the current deadline for Defendants to respond to Plaintiff's Motion for Summary Judgment be extended by one week to December 13, 2024 and the deadline for Plaintiff's reply in support of Plaintiff's Motion for Summary Judgment be extended to January 7, 2025.

Respectfully submitted this 20th day of November, 2024,

| | |
|---|---|
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General | ROYAL & MILES LLP |
| /s/ Yen Jeannette Tran | /s/ Gregory A. Miles |
| YEN JEANNETTE TRAN<br>TIMOTHY J. HUETHER<br>Trial Attorneys, Tax Division<br>US Department of Justice<br>P.O. Box 683<br>Washington, DC 20044<br>Phone: (202) 616-3366 (Tran)<br>         (202) 307-2124 (Huether)<br>Fax:    (202) 307-0054<br>Email:  Y.Jeannette.Tran@usdoj.gov<br>          Timothy.Huether@usdoj.gov<br>*Attorneys for Plaintiff* | Gregory A. Miles, Esq.<br>Nevada Bar No. 4336<br>1522 W Warm Springs Road<br>Henderson, NV 89014<br>Phone: 702-471-6777<br>Fax: 702-531-6777<br>Email: gmiles@royalmileslaw.com<br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
United States District Judge

Dated: November 22, 2024

3