1 | Gregory A. Miles, Esq.
2 | Nevada Bar No. 4336
**ROYAL & MILES LLP**
3 | 1522 W Warm Springs Road
Henderson, NV 89014
4 | Telephone: 702-471-6777
Facsimile: 702-531-6777
5 | gmiles@royalmileslaw.com
6 | *Attorneys for Defendants*

7 | **IN THE UNITED STATES DISTRICT COURT**

8 | **FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America., <br><br> Plaintiff, <br><br> vs. <br><br> Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson; Leon W. Lipson, in his capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Trustee of the Jean Lipson Trust; Nadine Lipson, in her capacity as Personal Representative of the Estate of David E. Lipson; Nadine Lipson, individually, <br><br> Defendants. | Case No: 2:23-cv-00127-JCM-DJA <br><br><br> **STIPULATION TO EXTEND TIME TO FILE REPLY TO OPPOSITION TO DEFENDANTS' SECOND MOTION FOR SUMMARY JUDGMENT (First Request)** |

Pursuant to LR IA 6-1, Plaintiff the United States of America and Defendants Leon W. Lipson, in his capacity as Personal Representative of the Estate of Jean Lipson and in his capacity as a Trustee of the Jean Lipson Trust, and Nadine Lipson, individually and in her capacity as Personal Representative of the Estate of David E. Lipson (collectively, the "Parties"), stipulate and move the Court to extend by one week the deadline for Defendants to reply to the United States' Response to Defendants' Section Motion for Summary Judgment, which was filed on November 22, 2024. *See* Dkts. 41 (Defendants' Second Motion for

1

Summary Judgment); 47 (United States' Response to Defendants' Section Motion for Summary Judgment).

This is Defendants' first request for an extension of deadline with respect to the pending summary judgment motion, and it is made before the expiration of the deadline. Defendants seek only to extend the deadline for the Defendants to file a reply to United States' Response to Defendants' Section Motion for Summary Judgment. The current deadline for Defendants' reply to the response is December 6, 2024.

Defendants do not seek the requested extension to hinder or delay this action. Rather, the extension is sought in good faith and to take into account the intervening holidays in November and December, as well as the long-planned family vacation of Defendants' counsel in early December. The requested extension will allow Defendants to prepare a more complete and appropriate reply. One additional week is necessary to allow Defendants to prepare a more complete and appropriate reply. The United States does not oppose the Defendants' requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

For the above reasons, and for good cause shown, the Parties therefore seek that the current deadline for Defendants' reply in support of its Second Motion for Summary Judgment be extended by one week to December 13, 2024.

Respectfully submitted this 26th day of November, 2024,

| | |
|---|---|
| DAVID A. HUBBERT<br>Deputy Assistant Attorney General | ROYAL & MILES LLP |
| /s/ Yen Jeannette Tran | /s/ Gregory A. Miles |
| YEN JEANNETTE TRAN<br>TIMOTHY J. HUETHER<br>Trial Attorneys, Tax Division<br>US Department of Justice<br>P.O. Box 683<br>Washington, DC 20044<br>Phone: (202) 616-3366 (Tran)<br>        (202) 307-2124 (Huether)<br>Fax:    (202) 307-0054<br>Email:  Y.Jeannette.Tran@usdoj.gov<br>            Timothy.Huether@usdoj.gov<br>*Attorneys for Plaintiff* | Gregory A. Miles, Esq.<br>Nevada Bar No. 4336<br>1522 W Warm Springs Road<br>Henderson, NV 89014<br>Phone: 702-471-6777<br>Fax: 702-531-6777<br>Email: gmiles@royalmileslaw.com<br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
United States District Judge
Dated: December 2, 2024

3